UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **In The Matter Of:** | ) | |
| | ) | **Case Number 12-43132-399** |
| **CHARLES W BROOKS SR.** | ) | |
| | ) | |
| Debtor, | ) | **Chapter 13** |
| | ) | |
| | ) | |
| **CHARLES W BROOKS SR.** | ) | **Adversary Cause Number: 17-04052-399** |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **CITIFINANCIAL SERVICING LLC** | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Judgment is hereby entered in favor of Plaintiffs, Charles W Brooks Sr. against the Defendant, CitiFinancial Servicing LLC in accordance with the terms of the Consent Judgment entered separately.

DATED:  May 3, 2017
St. Louis, Missouri

cke

_____
Barry S. Schermer
United States Bankruptcy Judge

Order Prepared and Submitted by:
Millsap & Singer, LLC

*/s/ Marie Guerrier Allen*
Marie Guerrier Allen
Law Office of Marie Gurrier Allen
Attorney for Debtor
P.O. Box 411281
St. Louis, MO 63141
Telephone: (314) 872-1900
Facsimile: (314) 872-1905
allenmarie@sbcglobal.net

*/s/ William T. Holmes, II*
Cynthia M. Woolverton, #47698, #47698MO
William T. Holmes, II, #59759, #59759MO
Benjamin C. Struby, #56711, #56711MO
Attorneys for Defendant
612 Spirit Drive
St. Louis, MO
Telephone: (636) 537-0110
Facsimile: (636) 537-0067
bkty@msfirm.com

Copies to:

Marie Guerrier Allen
Law Office of Marie Gurrier Allen
Attorney for Debtor
P.O. Box 411281
St. Louis, MO 63141

William Thomas Holmes
Millsap & Singer, LLC
612 Spirit Drive
St. Louis, MO 63005

Charles W Brooks, Sr.
170 Robbins Way Drive
Florissant, MO 63034

Diana S. Daugherty
Chapter 13 Trustee
P. O. Box 430908
St. Louis, MO 63143

U.S. Trustee
Office of US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102